ENGINEERING MANAGEMENT CONSULTANTS, Plaintiffs-Appellants,

v.

HUSSMANN CORPORATION, Defendant-Respondent.

No. 50124.

Missouri Court of Appeals, Eastern District, Division Two.

March 18, 1986.

Christopher F. Jones, Mark P. Dupont, St. Louis, for plaintiffs-appellants.

Paul J. Passanante, St. Louis, for defendant-respondent.

### ORDER

PER CURIAM.

Plaintiff appeals from judgment entered upon a directed verdict for defendant in plaintiff's suit for fraudulent concealment. No jurisprudential purpose would be served by an extended opinion. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment. Judgment affirmed pursuant to Rule 84.16(b).